IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

_____

DENNIS DICKINSON,

                    Petitioner,

     v.                                              ORDER

UNITED STATES OF AMERICA,                       07-C-279-S
                                                06-CR-59-S-01

                    Respondent.

_____

On July 26, 2007 judgment was entered in the above entitled matter denying petitioner's motion to vacate his sentence under 28 U.S.C. § 2255 with prejudice.  On October 25, 2007 the Court received  petitioner's request for a certificate of appealability.

A certificate of appealability may be issued only if the petitioner has shown the denial of a constitutional right. Petitioner has not shown the denial of a constitutional right. Accordingly, petitioner's request for a certificate of appealability will be denied.

ORDER

IT IS ORDERED that petitioner's request for a certificate of appealability is DENIED.

Entered this 30th day of October, 2007.

                                   BY THE COURT:


                                        /s/
                              _____
                              JOHN C. SHABAZ
                              District Judge